U.S. DISTRICT JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARA FLORENCIANI, | ) |
| Plaintiff, | ) CIVIL NO. 2:20-cv-01869-RAJ |
| vs. | ) ~~PROPOSED~~ ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |
| COMMISSIONER OF SOCIAL SECURITY, | ) (Dkt. 20 and Dkt. 22) |
| Defendant. | ) |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion For Attorney's Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney David P. Oliver is awarded a gross attorney's fee of **$25,478.50** pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of **$6,954.57**

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [«F494»] - 1

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226

that previously were awarded, and a 7,083.00 Administrative Fee, leaving a net fee of **$11,440.93**. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of **$11,440.93,** minus any applicable processing fees as allowed by statute. (Dkt. 20 and Dkt. 22).

DATED this the 25th of October, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [«F494»] - 2

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226